```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
UNITED STATES OF AMERICA,                    :
                                             :
                        Plaintiff,           :
                                             :     24 CR 288 (ALC)
           - v. -                            :
                                             :     ORDER
TANISHA SANDS,                               :
                                             :
                        Defendant.           :
                                             :
                                             :
------------------------------------------------------------------- x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5-14-24

ANDREW L. CARTER, JR., District Judge:

Arraignment set for **May 16, 2024** at **3:00 p.m.**

SO ORDERED.

Dated:   New York, New York
         May 14, 2024

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**