UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
   UNITED STATES OF AMERICA,         :
                                 Plaintiff,  :
                                               :   1:24-cr-00288 (ALC)
               -against-               :
                                               :   <u>**ORDER**</u>
   TANISHA SANDS,                           :
                                Defendant.  :
-------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

      The final pre-trial conference previously scheduled for April 11, 2025, at 2:00 P.M. is RESCHEDULED to **April 11, 2025 at 10:30 A.M. Eastern Time**.

**SO ORDERED.**

Dated:   **March 13, 2025**
            **New York, New York**

                                                        **ANDREW L. CARTER, JR.**
                                                       **United States District Judge**