UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,      :
                             Plaintiff,   :
                                    :  1:24-cr-00288 (ALC)
          -against-         :
                                    :  **ORDER**
                                    :
TANISHA SANDS,           :
                            Defendant.   :
-----------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

       The Court **ADJOURNS** Jury Selection & Trial in this matter, originally scheduled for April 15, 2025. Jury Selection and Trial are set for **April 14, 2025 at 10 a.m**. The Parties are further advised that all proceedings will take place in **Courtroom 444, Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007** unless otherwise indicated.

**SO ORDERED.**

Dated:   **March 18, 2025**
               **New York, New York**

                                                      **ANDREW L. CARTER, JR.**
                                                      **United States District Judge**