```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 04/01/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

TANISHA SANDS,

                 Defendant.

~~[Proposed]~~ **Pretrial Scheduling Order**

24 Cr. 288 (ALC)

---

WHEREAS trial in this matter is set to begin on April 14, 2025;

The Court ORDERS as follows:

1. **Defendant's Rule 16(b) Discovery Materials**: The defendant shall complete production of Rule 16(b) discovery in her possession by **April 4, 2025**. Rule 16 materials acquired after that date shall be produced on a rolling basis.

2. **Defendant's Trial Exhibits**: The defendant shall provide the Government the exhibits that the defendant reasonably expects to seek to introduce during her case-in-chief by **April 11, 2025**. These exhibits will be subject to limited good-faith revisions as the defense continues to prepare its case for trial.

3. **Defendant's Witness List:** The defendant shall provide her list of witnesses whom the defendant reasonably expects to call in her case-in-chief by **April 11, 2025**. The witness list will be subject to limited good-faith revisions.

4. **Defendant's 26.2 Material:** The defendant shall provide Rule 26.2 materials for her witnesses by **April 11, 2025**. Rule 26.2 material generated after that date shall be provided to the Government on a rolling basis.

5. **Government's Trial Exhibits:** The Government shall provide defendant's counsel exhibits that the Government reasonably expects to seek to introduce during its case-in-

chief by **April 4, 2024**. These exhibits will be subject to good-faith revisions as the Government continues to prepare its case for trial, including in response to the defendant's list of intended exhibits and witnesses.

6. **Government's § 3500 Material and Witness List**: The Government shall provide the defendant's counsel § 3500 material, and its witness list by **April 4, 2025**. Section 3500 material generated after that date shall be provided to defendant's counsel on a rolling basis. The witness list will be subject to good-faith revisions including in response to the defendant's list of intended exhibits and witnesses.

SO ORDERED:

Dated: New York, New York
       April 1   , 2025

_____
THE HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE