```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/3/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
UNITED STATES OF AMERICA,

   - AGAINST -                                    ORDER

TANISHA SANDS,                           24 CR 288 (ALC)

                **Defendant.**
------------------------------------------------------X

**BEFORE:**
**THE HON. ANDREW L. CARTER**
**UNITED STATES DISTRICT JUDGE**
**SOUTHERN DISTRICT OF NEW YORK**

      Upon the accompanying letter-motion of Louis M. Freeman, dated March 31, 2025, it appearing that:

      1. On February 6, 2024, by CJA-20, pursuant to 18 U.S.C. § 3006A, Louis M. Freeman was appointed to represent defendant Tanisha Sands as lead counsel;

      2. On July 24, 2024, Nadjia Limani was appointed as associate counsel;

      It is HEREBY ORDERED, that the aforementioned counsel be permitted to submit interim vouchers in the following manner:

      One interim for the period February 6, 2024 (assignment of counsel) until the end of trial (Interim Voucher 1) and the second interim for the period from the end of the trial to the end of the sentencing proceeding, should there be one (Final Voucher).

                                            SO ORDERED:

                                            _____
                                            HON. ANDREW L. CARTER, JR.
                                            UNITED STATES DISTRICT JUDGE

Dated: April 3, 2025
       New York, NY