UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| | : 1:24-cr-00288 (ALC) |
| -against- | : |
| | : **ORDER** |
| | : |
| TANISHA SANDS, | : |
| Defendant. | : |

------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

The parties are advised that Jury Selection and Trial, set to begin **April 14, 2025 at 10 a.m.**, will take place in **Courtroom 1306**, Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007. The final pre-trial conference, scheduled for **April 11, 2025 at 10:30 a.m.**, will still take place in **Courtroom 444**, Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

**SO ORDERED.**

Dated:   **April 4, 2025**
         **New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**