# FREEMAN, NOOTER & GINSBERG
ATTORNEYS AT LAW

LOUIS M. FREEMAN
THOMAS H. NOOTER
LEE A. GINSBERG

75 MAIDEN LANE
SUITE 503
NEW YORK, N.Y. 10038

NADJIA LIMANI
OF COUNSEL

CHARLENE RAMOS
OFFICE MANAGER

(212) 608-0808
TELECOPIER (212) 962-9696
E-MAIL: FNGLAW@AOL.COM
WWW.FNGLAW.COM

August 5, 2025

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8/5/25

BY ECF
Honorable Andrew L. Carter, Jr.
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

Re: <u>United States v. Tanisha Sands</u>
24 CR 288 (ALC)

Dear Judge Carter:

    We write to request an adjournment of sentencing in this matter to allow counsel the opportunity to have a mitigation specialist appointed and prepare a mitigation report in aid of sentencing. We have consulted with mitigation specialist Kathleen O'Boyle, who is able to take on the matter and we will be submitting a separate authorization request for her services via CJA E-Voucher tomorrow. We believe a mitigation report would be helpful to the Court for sentencing as Ms. Sands suffers from trauma related to both her painful childhood (her father was murdered when she was 3 or 4 years old) and the murder of her son shortly before he was set to begin college.

    For the foregoing reasons and to provide sufficient time to prepare Ms. Sands' sentencing submission, we request that her sentence currently scheduled for August 14, 2025 be adjourned until the week of October 27, 2025. The Government, by AUSA Amanda Weingarten, takes no position on this request.

**The application is GRANTED. The sentencing is adjourned to 10/30/25 at 3:30 p.m. So Ordered.**

Respectfully Submitted,

/s/ Louis M. Freeman

_____
Louis M. Freeman

*[Signed]* 8/5/25